

FILED
12/13/2021
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 21-0552

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0552

STEPHANIE KIPFINGER, BEN CUNNINGHAM, individually and as natural guardians and next friends of EVERETT CUNNINGHAM, a minor,

Plaintiffs and Appellants,

v.

GREAT FALLS OBSTETRICAL & GYNECOLOGICAL ASSOCIATES and JULIE KUYKENDALL.

Defendants and Appellees.

FILED

DEC 13 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Michael L. Brooks of Oklahoma City, Oklahoma, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner is currently in good standing with another state jurisdiction in which Petitioner is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the first appearance of Petitioner's firm under the pro hac vice rules,

IT IS HEREBY ORDERED that the application of Michael L. Brooks to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Michael L. Brooks, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 13 day of December, 2021.

For the Court,

By _____
              Chief Justice